No. 82–1868.  ARNOLD TRANSIT CO., INC., ET AL. *v.* CITY OF MACKINAC ISLAND, *ante,* p. 804;

No. 82–1971.  SCHAEFER *v.* NATIONAL LABOR, RELATIONS BOARD, *ante,* p. 945;

No. 82–2057.  LESIAK *v.* FERGUSON, AUDITOR OF THE STATE OF OHIO, *ante,* p. 826;

No. 82–6744.  PRASAD *v.* WASSAIC DEVELOPMENTAL CENTER ET AL., *ante,* p. 834;

No. 82–6768.  FINNEY *v.* MICHIGAN DEPARTMENT OF SOCIAL SERVICES, *ante,* p. 923;

No. 82–6922.  DE LA ROSA *v.* TEXAS, *ante,* p. 865;

No. 82–6997.  HINES *v.* UNITED STATES, *ante,* p. 972;

No. 83–180.  SOUTHERN PACIFIC TRANSPORTATION CO. *v.* SECRETARY OF THE INTERIOR ET AL., *ante,* p. 960;

No. 83–279.  PIUS XII ACADEMY, INC. *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 982;

No. 83–296.  LEBOVITZ *v.* UNITED STATES, *ante,* p. 992;

No. 83–314.  OSTRIC *v.* CORPORATION OF ST. MARY'S COLLEGE, NOTRE DAME, ET AL., *ante,* p. 936;

No. 83–428.  BARWICK *v.* SOUTH CAROLINA, *ante,* p. 938;

No. 83–5064.  EWING ET AL. *v.* UNITED STATES, *ante,* p. 997;

No. 83–5200.  WHAM *v.* UNITED STATES POSTAL SERVICE, *ante,* p. 860;

No. 83–5274.  FITZPATRICK *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, *ante,* p. 963;

No. 83–5291.  NOE *v.* TEXAS, *ante,* p. 997;

No. 83–5334.  ATTWELL *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 941;

No. 83–5339.  DICK *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante,* p. 986;

No. 83–5354.  AMADEO *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante,* p. 956;

No. 83–5389.  MINCEY *v.* GEORGIA, *ante,* p. 977;

No. 83–5406.  BUNCH *v.* VIRGINIA, *ante,* p. 977;

No. 83–5430.  LAMORE *v.* INLAND DIVISION OF GENERAL MOTORS CORP. ET AL., *ante,* p. 963;

No. 83–5491.  BROWN *v.* DOUGLAS, JUDGE, *ante,* p. 985; and

No. 83–5644.  ANTONE *v.* STRICKLAND, SUPERINTENDENT, FLORIDA STATE PRISON, ET AL., *ante,* p. 1003.  Petitions for rehearing denied.